IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JOSINNIE E. JOHNSON
ADC #160272                                                                       PLAINTIFF

v.                                      No. 4:24-cv-1016-DPM-ERE

KENTARIOUS TATE, Sergeant; WADE,
Captain; and FRANKLIN, Lieutenant                                   DEFENDANTS

ORDER

A summons issued to Lieutenant Franklin was returned to the Court unexecuted. *Doc. 12*. Johnson had until 10 March 2025 to provide a valid service address for Lieutenant Franklin. *Doc. 15*. Johnson has not responded, and the time to do so has passed. Johnson's claims against Lieutenant Franklin are dismissed, without prejudice, for failure to serve. The Court directs the Clerk to terminate Lieutenant Franklin as a party and to update the docket sheet to reflect Captain Wade's full name — Isaac Wade.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

20 March 2025