IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JOSINNIE E. JOHNSON
ADC #160272                                                                PLAINTIFF

v.                          No. 4:24-cv-1016-DPM

KENTARIOUS TATE, Sergeant, and
ISAAC WADE, Captain                                                     DEFENDANTS

### ORDER

Unopposed recommendation, *Doc. 24*, adopted. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Sergeant Tate and Captain Ward's motion for summary judgment, *Doc. 20*, is granted. Johnson's claims will be dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

20 August 2025