# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

JOSINNIE E. JOHNSON
ADC #160272                                                          PLAINTIFF

v.                        No. 4:24-cv-1016-DPM

KENTARIOUS TATE, Sergeant;  ISAAC
WADE, Captain;  FRANKLIN, Lieutenant;
ARKANSAS DEPARTMENT OF
CORRECTION;  STATE OF ARKANSAS;
HULL, Sergeant, Varner Supermax Unit,
ADC;  WALLACE, Sergeant/Corporal,
Varner Supermax Unit, ADC;  KILGORE,
Sergeant/Corporal, Varner Supermax Unit,
ADC;  Q. BAKER, Sergeant/Corporal,
Varner Supermax Unit, ADC;  LLOYD,
Corporal, Varner Supermax Unit, ADC;
GARCIA, Sergeant, Varner Supermax
Unit, ADC;  WEBB, Corporal, Varner
Supermax Unit, ADC;  SHAMARIAN
PERRY, Nurse, Varner Supermax Unit,
ADC;  and BURNICE, Sergeant, Varner
Supermax Unit, ADC                                                   DEFENDANTS

## JUDGMENT

Johnson's complaint and amended complaints are dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

_____
20 August 2025